UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SANDRA FACTOR,<br><br>Plaintiff,<br><br>v.<br><br>WALT DISNEY WORLD COMPANY,<br><br>Defendant. | CIVIL ACTION NO. 05 CV _____<br><br>05-10404-REK |

**DEFENDANT WALT DISNEY WORLD CO.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3, Defendant Walt Disney World Co. states that it is a subsidiary of Disney Enterprises, Inc. ("DEI"). DEI is a subsidiary of The Walt Disney Company, a publicly held entity.

                        WALT DISNEY WORLD CO.,

                        By its attorneys,

                        _____
                        Paul Bork, BBO #541815
                        Jeffrey S. Follett, BBO #564337
                        Foley Hoag LLP
                        155 Seaport Blvd
                        Boston, Massachusetts 02210
Dated: March 3, 2005          (617) 832-1000

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 3, 2005, I caused a true copy of the foregoing Corporate Disclosure Statement to be served upon Plaintiff by causing a copy of the same to be delivered by facsimile and U.S. Mail to her counsel of record, Richard P. Heartquist, 200 Sutton Street, #244, North Andover, MA 01845.

                        _____
                        Paul Bork