UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SANDRA FACTOR,<br><br>Plaintiff,<br><br>v.<br><br>WALT DISNEY WORLD COMPANY,<br><br>Defendant. | CIVIL ACTION NO. 05-CV-10404 REK |

## ASSENTED-TO MOTION OF DEFENDANT WALT DISNEY WORLD CO. FOR EXTENSION OF TIME IN WHICH TO RESPOND TO COMPLAINT

Defendant Walt Disney World Co. ("WDW") requests that it be allowed until March 24, 2005 to respond to the Complaint of Plaintiff Sandra Factor. In support of this motion, WDW states that it requires additional time to prepare its response. Additionally, the parties have been engaged in active settlement negotiations and a brief extension in this litigation may enable them to finalize a negotiated resolution to their dispute.

Plaintiff's counsel has assented to this motion.

WALT DISNEY WORLD CO.,

By its attorneys,

_____
Paul Bork, BBO #541815
Jeffrey S. Follett, BBO #564337
Foley Hoag LLP
155 Seaport Blvd
Boston, Massachusetts 02210
(617) 832-1000

Dated: March 4, 2005

ASSENT:

SANDRA FACTOR,
By her attorney,

_____
Richard Heartquist, BBO #564451
200 Sutton Street, Suite 244
North Andover, MA 01843
(978) 687-6664

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2005, I caused a true copy of the foregoing document to be served upon Plaintiff by causing a copy of the same to be delivered by U.S. Mail to her counsel of record, Richard P. Heartquist, 200 Sutton Street, #244, North Andover, MA 01845.

_____
Jeffrey S. Follett