UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SANDRA FACTOR<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>WALT DISNEY WORLD COMPANY,<br><br>　　　　　Defendant. | CIVIL ACTION No. 05 CV 10404 REK |

## ASSENTED-TO MOTION OF DEFENDANT WALT DISNEY WORLD CO. FOR EXTENSION OF FURTHER TIME IN WHICH TO RESPOND TO COMPLAINT

Defendant Walt Disney World Co. ("WDW") requests that it be allowed until April 24, 2005 to respond to the Complaint of Plaintiff Sandra Factor. In support of this motion, WDW states that the parties have negotiated terms of a proposed settlement agreement but that they require additional time to coordinate with the Trustee of plaintiff's bankruptcy estate. Allowing this motion will enable the parties to pursue their settlement efforts.

Plaintiff's counsel has assented to this motion.

　　　　　　　　　　　　　　　　　　　　　　WALT DISNEY WORLD CO.,

　　　　　　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Paul Bork, BBO #541815
　　　　　　　　　　　　　　　　　　　　　　Jeffrey S. Follett, BBO #564337
　　　　　　　　　　　　　　　　　　　　　　Foley Hoag LLP
　　　　　　　　　　　　　　　　　　　　　　155 Seaport Blvd.
　　　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02210
　　　　　　　　　　　　　　　　　　　　　　(617) 832-1000

Dated: March 24, 2005

B3009369.1

ASSENT:

SANDRA FACTOR,
By her attorney,

_____
Richard Heartquist, BBO #564451
200 Sutton Street, Suite 244
North Andover, MA  01843
Tel. No.:  (978) 687-6664

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2005, I caused a true copy of the foregoing document to be served upon Plaintiff by causing a copy of the same to be delivered by U.S. Mail to her counsel of record, Richard P. Heartquist, 200 Sutton Street, #244, North Andover, MA  01845.

_____
Jeffrey S. Follett