UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Sandra Factor
       Plaintiff

v.                                          Civil Action No.05-10404-REK

Walt Disney World Company
       Defendant

SETTLEMENT ORDER OF DISMISSAL

KEETON, S.D.J.

     The Court having been advised by counsel for the plaintiff that this action has settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the

right of any party upon good cause shown within thirty (30) days to reopen the action if

settlement is not consummated.

                                        By the Court,

                                        /S/ Karen P. Folan

6/28/05                                   _____
  Date                                     Karen P. Folan
                                          Courtroom Clerk

Case 1:05-cv-10404-REK     Document 8     Filed 06/28/2005     Page 2 of 2