UNITED STATED DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SANDRA FACTOR, )<br>    Plaintiff )<br>)<br>V. )<br>)<br>WALT DISNEY WORLD CO., )<br>    Defendant ) | CIVIL ACTION NO:<br>05-CV-10404 REK |

**JOINT STIPULATION OF DISMISSAL-WITHOUT COST**

All of the parties in the above action, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that all of the claims against Walt Disney World Co. be dismissed, with prejudice and without costs, attorney's fees, waiving all rights to appeal.

Respectfully Submitted,
Appearing specially for,
Walt Disney World Co.,

_/s/ Jeffrey Follett (TJC)_
Foley Hoag, LLP
Jeffrey Follett
155 Seaport Blvd.
Boston, MA 02210-2600
(617) 832-1000
BBO# 564337

Dated: August 3, 2005

Respectfully Submitted,
Sandra Factor,
By Her Attorney,

_/s/_
Richard Heartquist
200 Sutton Street, #244
North Andover, MA 01845
(978) 687-6664
BBO # 564451